AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Matthew William Gaylord,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.  12-8450-DLB |

FILED by _____ D.C.

NOV 19 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/17/12__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) and 2 | Bank robbery |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Gavin Gumbinner, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/19/2012__

_____
Judge's signature

City and state: __West Palm Beach, Florida__     Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
### Case No. 12-8450-DLB

Your affiant, Gavin Gumbinner, first being duly sworn, does hereby depose and state as follows:

I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for more than 14 years. I am currently assigned to the Federal Bureau of Investigation (FBI) Safe Streets Task Force Miami Division, Palm Beach County Resident Agency.

This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation, and information provided to me by other law enforcement officers, victims, witnesses and the defendant. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendant MATTHEW WILLIAM GAYLORD of bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2. On November 17, 2012, at approximately 11:21 am, a subject later identified as defendant MATTHEW WILLIAM GAYLORD (GAYLORD) entered the Wells Fargo Bank branch located at 6735 West Indiantown Road Jupiter, Palm Beach County, Southern District of Florida, a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). Defendant GAYLORD entered the bank and approached the teller. Defendant GAYLORD told the teller to give him all the money before anyone gets hurt, don't hit the button, and don't call the police for ten minutes. The teller gave defendant GAYLORD a large sum of US currency (later determined by the bank to be $4,039.00) and defendant GAYLORD exited the bank. A customer at the bank believed that there was a bank robbery at the bank based on

A customer at the bank believed that there was a bank robbery at the bank based on her observations and the behavior of the bank employees. The bank customer then observed defendant GAYLORD departing the bank with a large sum of US currency in his hand. The bank customer believing that the bank had just been robbed watched defendant GAYLORD get into a grey Dodge pickup truck bearing Florida tag 663-PPT. The bank customer followed defendant GAYLORD south on I-95 and called 911 to report her observations. The bank customer followed defendant GAYLORD until Trooper(s) from the Florida Highway Patrol (FHP) arrived and began to follow defendant GAYLORD. FHP Trooper(s) followed defendant GAYLORD to his residence locate at 991 66th Terrace South, Greenacres, FL. Shortly after defendant GAYLORD arrived at his residence he was detained by Deputies from the Palm Beach Sheriff's Office (PBSO) and FHP Trooper(s) at approximately 12:10pm. The residence, and all it's structures, located at 991 66th Terrace South, Greenacres, FL, and the grey Dodge pickup truck, bearing Florid tag 663-PPY, were secured.

The victim teller from the Wells Fargo Bank located at 6735 West Indiantown Road, Jupiter, Florida, was brought to defendant GAYLORD's location where he/she made a positive identification of defendant GAYLORD as the individual that had robbed the bank earlier in the day.

Defendant GAYLORD, after being given his <u>Miranda</u> warnings, and waving said rights, stated in substance that on 11/17/2012, he robbed the Wells Fargo Bank in Jupiter, Florida. BUCHANAN identified a surveillance photograph of himself robbing the Wells Fargo Bank in Jupiter, Florida, on 11/17/2012, by initialing the photograph.

Defendant GAYLORD said that he saw the FHP Trooper behind him when he arrived at his residence. Defendant GAYLORD said that he put a bag containing the bank money and some of the clothes from the bank robbery in the barn, one of the structures located at 991 66th Terrace South, Greenacres, FL, near or in a work bench. Defendant GAYLORD indicated that he robbed the Wells Fargo Bank because he had fallen behind on some of his bills.

A search of the residence, and all of it's structures, located at 991 66th Terrace South, Greenacres, FL, was conducted. During the search a bag containing clothes, consistent with those worn by defendant GAYLORD during the bank robbery, and $4,039.00 in US currency was recovered.

I am aware that in addition to being federally insured by the Federal Deposit Insurance Corporation (FDIC), all Wells Fargo Bank branches (a) receive cash shipments from the United States Federal Reserve, which are transported and shipped in interstate commerce; and (b) that Wells Fargo Banks processes out-of-state checks and provides checks and distributes funds for its customers to other entities and companies outside the State of Florida, and that Wells Fargo Bank is thus a business engaged in interstate and foreign commerce. Thus, by depriving the Wells Fargo Bank of the funds described above, your affiant submits the defendant's robbery described above obstructed, delayed or affected commerce within the meaning of Title 18, United States Code, Section 1951(b)(3).

Based on the foregoing facts, your affiant submits that probable cause exists to believe that defendant MATTHEW WILLIAM GAYLORD, date of birth 12/01/1980, committed the offenses of bank robbery, in violation of Title

18, United States Code, Sections 2113 (a), and 2, and Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a).

FURTHER YOUR AFFIANT SAYETH NOT.

Gavin Gumbinner, Special Agent
Federal Bureau of Investigation


SWORN TO AND SUBSCRIBED BEFORE
ME THIS 19TH DAY OF November, 2012,
AT WEST PALM BEACH, FLORIDA.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8450-DLB

### BOND RECOMMENDATION

DEFENDANT: MATTHEW WILLIAM GAYLORD

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *[signature]*
AUSA: ROBERT H. WATERS, JR.

Last Known Address

What Facility:

Agent(s): S/A GAVIN GUMBINNER
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
FBI
WEST PALM BEACH, FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8450-DLB

**UNITED STATES OF AMERICA**

vs.

**MATTHEW WILLIAM GAYLORD,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _/s/ Robert H. Waters_
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.365483
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33501
TEL (561) 820-8711
FAX (651) 802-1787